

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

| | | |
|---|---|---|
| F.T. JAMES CONSTRUCTION, INC., | § | No. 08-20-00096-CV |
| Appellant, | § | Appeal from the |
| v. | § | 210th District Court |
| HOTEL SANCHO PANZA, LLC, and JORDAN FOSTER CONSTRUCTION, LLC, | § | of El Paso County, Texas |
| | § | (TC# 2019-DCV-0505) |
| Appellees. | § | |

## **J U D G M E N T**

The Court has considered this cause on the record and concludes there was no error in the trial court's order denying Appellant's motion to compel arbitration. We therefore affirm the trial court's order denying Appellant's motion to compel arbitration. We further order that Appellee recover from Appellant all costs in this Court. This decision shall be certified below for observance.

IT IS SO ORDERED THIS 28TH DAY OF SEPTEMBER, 2022.


GINA M. PALAFOX, Justice

Before Rodriguez, C.J., Palafox, and Alley, JJ.